458

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Sean TERRY, a/k/a Shawn Terry, a/k/a Fonze Blue, a/k/a Monty Fonze Blue, a/k/a Sean Taylor, a/k/a Shakee Taylor, Defendant—Appellant.**

No. 09–8149.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 18, 2010.

Decided: Feb. 26, 2010.

Sean Terry, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Terry appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Terry*, No. 5:02–cr–00218–BO–1 (E.D.N.C. filed Nov. 20, 2009; entered Nov. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*